JENNY V. MACY, as Administratrix, etc., of JENNY V. MACY, Deceased, Appellant, v. ROBERT M. SMITH and Another, Respondents, Impleaded with ROBERT F. WELLS, Defendant.— Judgment and order reversed on the law and facts, and new trial granted, with costs to abide the event, on the ground that the verdict of $500 was inadequate. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JOSEPH A. MARTIN, Respondent, v. ERIE RAILROAD COMPANY, Appellant. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PAGE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ANDREW J. SIMMONS, Respondent, v. THE TRAITEL MARBLE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

HECTOR W. THOMAS and Others, etc., Respondents, v. HUGO ZELLER and Another, Executors, etc., of GUSTAV O. ZELLER, Deceased, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

UNITED PORTABLE BUILDING MANUFACTURERS CORPORATION, Respondent, v. C. SEIBERT LOSH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MARY K. VAN SICKLEN, Appellant, v. JOHN J. VOORHIES and Others, Defendants, Impleaded with ROSA GUARNIERI and Others, Respondents.— Judgment unanimously affirmed, with costs. The defendant Guarnieri has good title to parcel 1, both by deed and by adverse possession. The defendant Thiel also has good title to parcel 2, both by deed and by adverse possession. In addition the trustee's deed, dated September 15, 1890, was a valid execution of his power, effective to convey whatever title, if any there was still remaining in him, in the property described as parcel 2. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

DOMINIC DELL'OSSO, Assignee of MOUNT HOPE FINISHING COMPANY, Appellant, Respondent, v. SILAS K. EVERETT, Respondent, Appellant.— Motion for reargument denied, without costs. The counterclaim interposed is not one provided for by subdivision 1 of section 266 of the Civil Practice Act. (*Newton* v. *Lee*, 139 N. Y. 332.) Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SARAH BARABAN, Respondent, v. BUSH TERMINAL COMPANY, Appellant.— Order denying motion to dismiss complaint for want of prosecution affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.